IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA,  )
                           )    CRIMINAL ACTION NO.
    v.                     )       2:18cr326-MHT
                           )            (WO)
CHESTER RAY PERKINS        )
```

### ORDER

It is ORDERED that:

(1) The government's motion to dismiss the indictment without prejudice (doc. no. 87) is granted.

(2) The indictment (doc. no. 1) is dismissed without prejudice as to defendant Chester Ray Perkins in the interest of justice.

(3) Defendant Perkins is discharged.

DONE, this the 30th day of May, 2019.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**